# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDERWRITERS AT LLOYD'S SUBSCRIBING TO COVER NOTE B1526MACAR1800089,<br><br>Plaintiff,<br><br>v.<br><br>ABAXIS, INC., et al.,<br><br>Defendants. | Case No. 19-cv-02945-PJH<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>Re: Dkt. No. 31 |

Defendants Abaxis, Inc. and Zoetis, Inc.'s motion to dismiss came on for hearing before this court on November 20, 2019. Plaintiff appeared through its counsel, Philip Fant and David Maloof. Defendants appeared through their counsel, Jason Richardson. Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES THE MOTION, для the reasons stated at the hearing.

**IT IS SO ORDERED.**

Dated: November 20, 2019

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge