UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDERWRITERS AT LLOYD'S SUBSCRIBING TO COVER NOTE B1526MACAR1800089,<br><br>Plaintiff,<br><br>v.<br><br>ABAXIS, INC., et al.,<br><br>Defendants. | Case No. 19-cv-02945-PJH<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND VACATING HEARING**<br><br>Re: Dkt. No. 56 |

Before the court is cross-defendant C.H. Robinson Worldwide, Inc.'s motion to dismiss defendants and cross-claimants Abaxis, Inc. and Zoetis, Inc.'s cross-claim. Dkt. 42. Defendants and cross-claimants Abaxis, Inc. and Zoetis, Inc. filed a statement of non-opposition to cross-defendant's motion. Dkt. 58. Having read the moving parties' papers and considered the relevant legal authority, and in view of defendants and cross-claimants' non-opposition to the motion, the court GRANTS cross-defendant's motion and DISMISSES WITH PREJUDICE the cross-claim. The court VACATES the hearing on this matter scheduled for April 15, 2020.

**IT IS SO ORDERED.**

Dated: March 9, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge