UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDERWRITERS AT LLOYD'S SUBSCRIBING TO COVER NOTE B1526MACAR1800089,<br><br>Plaintiff,<br><br>v.<br><br>ABAXIS, INC., et al.,<br><br>Defendants. | Case No. 19-cv-02945-PJH<br><br>**ORDER VACATING ORDER ON CROSS-DEFENDANT'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 59 |

The court inadvertently issued an order granting cross-defendant C.H. Robinson Worldwide, Inc.'s motion to dismiss before defendants and cross-claimants Abaxis, Inc. and Zoetis, Inc. responded. Dkt. 59. This court's March 9, 2020 order granting cross-defendant's motion to dismiss is VACATED. Defendants and cross-claimants Abaxis, Inc. and Zoetis, Inc. shall file responses by March 13, 2020 and cross-defendant C.H. Robinson Worldwide, Inc. shall file a reply, if any, by March 20, 2020. The matter will be decided on the parties' briefings without a hearing.

**IT IS SO ORDERED.**

Dated: March 10, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge